```
 1  ANN M. CERNEY, SBN: 068748
    Attorney at Law
 2  45 Hunter Square Plaza
    Stockton, California 95202
 3  Telephone: (209) 948-9384
    Facsimile: (209) 948-0706
 4
    Attorney for Plaintiff
 5

 6

 7

 8       UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

 9                              —oOo—

10  GEORGE E. ROBINSON,                CASE NO. 2:06-CV-02453-GGH

11                Plaintiff,           [proposed] ORDER EXTENDING
                                       PLAINTIFF'S TIME TO RESPOND TO
12  vs.                                DEFENDANT'S ANSWER

13  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
14
                  Defendant.
15  _____/

16       Pursuant to the stipulation of the parties showing good cause for a requested first

17  extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby

18  APPROVED.

19       Plaintiff shall file his response on or before September 26, 2007.

20       SO ORDERED.

21
                                       GREGORY G. HOLLOWS
22  DATED: Sept. 13, 2007               _____
                                       GREGORY G. HOLLOWS
23                                     UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28
```