McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JAIME L. PRECIADO
Special Assistant U. S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone No: (415) 977-8943
Facsimile No: (415) 744-0134

Attorneys for Defendant/Respondent
Commissioner of Social Security

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. ROBINSON,<br><br>                    Plaintiff,<br>         v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>                    Defendant. | Case No. 2:06-2453 GGH<br><br>DEFENDANT'S FIRST MOTION FOR<br>EXTENSION OF TIME AND<br>ORDER |

   Defendant, through his attorney undersigned, moves this Court for an Order granting defendant an additional 30 days, to and including November 26, 2007, within which to file his response to Plaintiff's Motion for Summary Judgment.  This Order is sought on ground that the workload of the undersigned is extremely heavy due to staffing shortages.  Defendant spoke with Plaintiff's counsel's office by telephone, and confirmed that they do not oppose the motion.

//

//

//

|    |                              |                                                                                                                  |
|----|------------------------------|------------------------------------------------------------------------------------------------------------------|
| 1  |                              | Respectfully submitted,                                                                                          |
| 2  |                              |                                                                                                                  |
| 3  | Dated: October 25, 2007      | McGREGOR W. SCOTT<br>United States Attorney<br>LUCILLE GONZALES MEIS                                             |
| 4  |                              | Chief Counsel, Region IX<br>Social Security Administration                                                       |

/s/ Jaime L. Preciado
JAIME L. PRECIADO
Special Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated: 11/7/07        /s/ Gregory G. Hollows
                      _____
                      United States Magistrate Judge

robinson.eot