ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| GEORGE E. ROBINSON, | CASE NO. 2:06-CV-02453-GGH |
| Plaintiff, | **ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

**ORDER**

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $4,900.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: 05/16/08            /s/ Gregory G. Hollows
                           UNITED STATES MAGISTRATE JUDGE

robinson.eaja

---

STIPULATION AND [PROPOSED] ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)